UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RESOLUTION TRUST CORPORATION,

    Plaintiff,

v.                                          CASE NO: 8:90-cv-1090-T-15

RIVERWALK INVESTMENTS, INC., et al.,

    Defendants.
_____/

## ORDER

Dwayne L. Gillispie files (Doc. 115) a "motion to enforce judgment and request for injunction" in this completed foreclosure action, to which Gillispie is not (and never was) a party. However, Gillispie's motion describes a distinct real estate property dispute (perhaps not unrelated to rights established in the 1991 judgment) properly raised in a Florida circuit court. Gillispie states no plausible basis for post-judgment relief in this long-closed action. Accordingly, the motion (Doc. 115) to enforce the judgment is **DENIED**.[1]

ORDERED in Tampa, Florida, on May 10, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] Accordingly, Mr. Gillispie's motion for consolidation (Doc. 116) and motion for a hearing (Doc. 118) are **DENIED**.